## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| **JANA KAYE TRAHAN** | **CIVIL ACTION NO.  2:23-CV-00302** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **COMMISSIONER OF SOCIAL SECURITY** | **MAGISTRATE JUDGE PEREZ-MONTES** |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 18), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Jana Kaye Trahan's appeal (ECF No. 1) is **GRANTED**, the final decision of the Commissioner of Social Security is **VACATED**, and the case is **REMANDED** for further proceedings consistent with the Report and Recommendation (ECF No. 18) and this Judgment.

**THUS DONE AND SIGNED** in Chambers on this 4th day of June, 2026.

James D. Cain, Jr.
United States District Judge